1 BARRY J. PORTMAN
Federal Public Defender
2 JEROME E. MATTHEWS
Assistant Federal Public Defender
3 555 - 12th Street
Suite 650
4 Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant TIFFANY TAPIA

**FILED**
JUN 2 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07 00235 WDB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF PROBATION |
| vs. | |
| TIFFANY TAPIA, | |
| Defendant. | |

IT IS STIPULATED AND AGREED that defendant Tiffany Tapia shall participate in the Home Confinement with Voice Recognition Monitoring Program, and shall abide by all the requirements of the program for a period of three months, more specifically until her probation expires on September 11, 2007. The defendant shall pay the cost of monitoring at the prevailing rate unless it is determined by the probation officer that she has an inability to pay. A co-payment amount will then be determined by the probation officer. The defendant shall be restricted to her residence at all times except for activities which have been pre-approved by the probation officer, such as employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, or court-ordered obligations. During the term of home confinement, the defendant shall abstain from the use of alcohol and

STIP/ORD                                    1

06/13/2007 09:48 FAX 5106373007 DEF PUBLIC DEFENDER OAK PROBATION ☒003
Case 4:07-cr-00235-WDB   Document 5   Filed 06/21/07   Page 2 of 2


1 shall submit to drug or alcohol testing as directed by the probation officer.

Dated: June 13, 2007

*[signature]*
BRYON R. WHITTAKER
Assistant United States Attorney

Date: June 12, 2007

*[signature]*
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: June 15, 2007

*[signature]*
JACQUELINE SHARPE
U.S. Probation Officer

Good cause appearing therefor, IT IS ORDERED that Tiffany Tapia's probation be modified on the terms set forth in the foregoing stipulation.

Dated: June 21, 2007

*[signature]*
WAYNE D. BRAZIL
United States Magistrate Judge

STIP/ORD    2